In the Matter of LAWYERS MORTGAGE COMPANY.

BRENTMORE ESTATES, INC., et al., Appellants; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Mortgage Company, Respondent.

REORGANIZATION MANAGERS OF LAWYERS MORTGAGE COMPANY.

Argued May 25, 1943; decided July 20, 1943.

618

*Leon Leighton, Charles L. Sylvester* and *Sidney Harris* for appellants.

*Edward F. Keenan* and *Joseph Lapidus* for respondent.

*H. B. Egginton* for Reorganization Managers of Lawyers Mortgage Company.

Order affirmed with costs; no opinion. (See 291 N. Y. 721.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.